NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WHITBURN, LLC, and BARRY HAUGHT, )
individually, )
                   )
        Appellants, )
                   )
v. )        Case No. 2D18-444
                   )
EAGLE PALMS HOMEOWNERS )
ASSOCIATION, INC., a Florida Non- )
Profit Corporation, )
                   )
        Appellee. )
_____ )

Opinion filed June 15, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Richard A. Nielsen, Judge.

Erik De L'Etoile of De L'Etoile Law Firm,
P.A., Tampa, for Appellants.

Jonathan J. Ellis and Clinton S. Morrell of
Shumaker, Loop & Kendrick LLP, Tampa,
for Appellee.


PER CURIAM.

        Affirmed.


BLACK, SLEET, and SALARIO, JJ., Concur.